**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ELAINE D. HARPER,

    Plaintiff,

v.    CASE NO.  4:03cv347-RH/WCS

ALBERTO GONZALEZ, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's second report and recommendation (document 62), and the objections thereto (document 64).  I have reviewed de novo the issues raised by the objections.  Upon consideration,

IT IS ORDERED:

The second report and recommendation is ACCEPTED and adopted as the opinion of the court.   Defendant's motion to dismiss or for summary judgment (document 43) is GRANTED.   The clerk shall enter judgment stating, "This action is DISMISSED."  The clerk shall close the file.

SO ORDERED this 28th day of August, 2005.

                                  s/Robert L. Hinkle
                                  Chief United States District Judge